IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TERRY K. VALENTINE,          )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )      3:11cv50-MHT
                             )          (WO)
JOHNSTON TEXTILES, INC.,     )
                             )
     Defendant.              )
```

OPINION

Plaintiff Terry K. Valentine filed this lawsuit asserting that defendant Johnston Testiles, Inc. discharged him in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12117. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Johnston Textiles, Inc.'s motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2012.


                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE